

15000 Midlantic Drive, Suite 200, P.O. Box 5429, Mount Laurel, NJ 08054
(856) 414-6000  Fax (856) 414-6077
*Richard L. Goldstein, Resident Managing Attorney*

Direct Dial:  (856) 414-6412
Email:  dcrohr@mdwcg.com

January 4, 2021

VIA E-FILING

Honorable Ann Marie Donio, U.S.M.J.
USDC - NJ Camden
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza - Rm. 2010
Camden, NJ  08101

    RE:    Jones v. Saldutti Law Group
          Docket No.:    1:20-cv-07421-JHR-AMD
          Our File No.:    10155.00138

Dear Judge Donio:

    As Your Honor may be aware, this office represents Saldutti Law Group in connection with the above matter.  This matter has settled between the parties and an appropriate Stipulation of Dismissal will be filed under separate cover.

    Thank you for your attention to this matter.

                      Respectfully submitted,

                      /s/ Dante C. Rohr

                      DANTE C. ROHR

DCR:mlb
cc:    Ari Marcus, Esquire (via email:  ari@marcuszelman.com)
       Robert Saldutti, Esquire (via email)
LEGAL/135119647.v1