IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID JONES, individually and on behalf of all others similarly situated,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>　　　　-v-<br><br>**SALDUTTI LAW GROUP,**<br><br>　　　　　　　　　　**Defendant.** | Civil Case Number:  1:20-cv-07421-JHR-AMD |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:　　　　March 4, 2021

| | |
|---|---|
| /s/ Ari Hillel Marcus | /s/ John L. Slimm |
| Ari Hillel Marcus, Esq. | John L. Slimm, Esq. |
| Marcus & Zelman, LLC | Marshall, Dennehey, Warner, Coleman & Goggin, PC |
| 701 Cookman Avenue, Suite 300 | 15000 Midlantic Drive, Suite 200 |
| Asbury Park, NJ 07712 | Mount Laurel, NJ 08054 |
| Tel: (732) 695-3282 | Tel: (856) 414-6000 |
| Email: ari@marcuszelman.com | Email: jlslimm@mdwcg.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *David Jones* | *Saldutti Law Group* |