IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**DAVID JONES, individually and on behalf of all others similarly situated,**

                **Plaintiff,**

    -v-

**SALDUTTI LAW GROUP,**

                **Defendant.**

Civil Case Number: 1:20-cv-07421-JHR-AMD

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 4, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:20-cv-07421-JHR-AMD**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 5th day of March, 2021.**

                                              /s/ Joseph H. Rodriguez
                                              HON. JOSEPH H. RODRIGUEZ
                                              UNITED STATES DISTRICT JUDGE